1

2

3

4

5

6

7

8                                  **UNITED STATES DISTRICT COURT**

9                                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  DUSTIN LEON MILLER,                     )   Case No.: 1:20-cv-01039-JLT (HC)
                                             )
12              Petitioner,                  )   ORDER DENYING MOTION FOR
                                             )   APPOINTMENT OF COUNSEL
13        v.                                 )
                                             )   (Doc. 14)
14  TUOLUMNE COUNTY SUPERIOR                 )
    COURT,                                   )
15                                           )
                                             )
16              Respondent.                  )

17        Petitioner has requested the appointment of counsel. There currently exists no absolute right to

18  appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th

19  Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. §

20  3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of

21  justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court

22  does not find that the interests of justice require the appointment of counsel at the present time.

23  Accordingly, Petitioner's request for appointment of counsel is DENIED.

24

25  IT IS SO ORDERED.

26     Dated:   **August 17, 2020**                        **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
27

28